IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KENNETH C. ANDERSON,
    Petitioner,

vs.                              Case No. 3:07cv469/RV/EMT

WALTER A. McNEIL,
    Respondent.

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated July 2, 2008 (Doc. 23). The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of all timely filed objections.

Having considered the report and recommendation, and any timely filed objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. Respondent's motion to dismiss (Doc. 9) is **GRANTED**.

3. Grounds 1–5 of the petition for writ of habeas corpus (Doc. 1) are **DISMISSED with prejudice**.

4. This matter is referred to the assigned magistrate judge for further proceedings on Ground 6 of the petition.

**DONE AND ORDERED** this 1st day of August, 2008.

                                            /s/ *Roger Vinson*
                                            **ROGER VINSON**
                                            **SENIOR UNITED STATES DISTRICT JUDGE**